AO91 (Rev. 12/03) Criminal Complaint

AUSA Ryan K Sim

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED
November 11, 2026
Nathan Ochsner, Clerk of Court

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
**vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:26-po-03468

Virginia Abigail PALMER-FRAYLE
IAE
Nicaragua 1987

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 10, 2026** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,
**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:
**Virginia Abigail PALMER-FRAYLE was encountered by Border Patrol Agents near McAllen, Texas, on November 10, 2026. When questioned as to her citizenship, defendant stated that she was a citizen and national of Nicaragua. It was determined that she entered the United States illegally on November 10, 2026 at a place other than as designated by immigration officers by illegally crossing the Rio Grande River near McAllen, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/ Presichi, Jose Border Patrol Agent
Signature of Complainant

Presichi, Jose Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

November 11, 2026 at 1:46 p.m.
Date

McAllen, Texas
City/State

J Scott Hacker — U.S. Magistrate Judge
Name of Judge — Title of Judge

Signature of Judge